UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GEORGE A. SHAKLIN,

    Plaintiff,

  v.                            Case No. 2:16-cv-480
                                 CHIEF JUDGE EDMUND A. SARGUS, JR.
                                 Magistrate Judge Kimberly A. Jolson

GARY C. MOHR, et al.,

    Defendants.

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 26, 2016. (ECF No. 5.) The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, plaintiff's motions to appoint counsel (ECF No. 2) and for emergency injunctive relief (ECF No. 3) are **DENIED** and plaintiff's complaint (ECF No. 4) is **DISMISSED**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in accordance with this Order.

    IT IS SO ORDERED.

9-9-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE